■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN COMPASSO, Appellant. [820 NYS2d 536]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Crecca, J.), imposed May 26, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Schmidt, J.P., Goldstein, Rivera and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GINO D'AMICO, Appellant. [818 NYS2d 481]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 29, 2002 (*People v D'Amico,* 296 AD2d 579), affirming a judgment of the County Court, Orange County, rendered August 6, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Florio, Adams and Ritter, JJ., concur.